UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAISY BUNDRAGE,

    Plaintiff,

vs.    CASE NO. 8:15cv618 33MAP

YAKIM MANASSEH JORDAN
a/k/a
PROPHET MANASSEH JORDAN
and
MANASSEH JORDAN MINISTRIES

    Defendants.
_____/

## COMPLAINT
## JURY DEMAND

### INTRODUCTION

1. Plaintiff alleges numerous, consistent, and persistent violations of the Telephone Consumer Protection Act, 42 U.S.C. § 227 *et seq.* ("TCPA").

2. The TCPA was enacted to protect individuals against harassment, annoyance and loss from abusive use of automated telephone dialing systems.

3. To date, Defendants have placed no less than 246 telephone calls to Plaintiff's cellular telephone in an attempt to solicit Plaintiff to the Defendant's prophetic ministry. Defendant used an automatic telephone dialing system or a pre-



Page 1 of 7

recorded or artificial voice to place each of the telephone calls to Plaintiff's cellular telephone.

4. To no avail, Plaintiff has repeatedly requested to be removed from Defendant's calling list.

5. The persistent nuisance of Defendant's telephone calls constitutes an unlawful invasion of Plaintiff's privacy.

## JURISDICTION AND VENUE

6. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1337 and 47 U.S.C. § 227(b)(3).

7. Venue in this District is proper because Plaintiff resides here, Defendant transacts business here, and the violations alleged occurred.

## PARTIES

8. Plaintiff, Daisy Bundrage is a natural person and a citizen of the State of Florida, residing in Manatee County in the Middle District of Florida.

9. Upon information and belief, Defendant, Yakim Manasseh Jordan a/k/a Prophet Manasseh Jordan ("Defendant Yakim") is an individual, citizen of the United States whose only known address is 708 3rd Avenue, Sixth Floor, New York, New York 10163, who owns, directs or otherwise controls the purported, unverifiable and unregistered entity defendant named in this Complaint to operate his national call campaigns to solicit donations – the practices raised as the subject of this Complaint. By and through the purported, unverifiable and unregistered entity defendant,

Defendant Yakim has harmed the Plaintiff and others similarly situated with his incessant, automated, pre-recorded phone call campaigns. At all times material to this Complaint, acting alone or in concert with others, he has formulated, directed, controlled, had the authority to control, or otherwise participated in the acts and practices set forth in this complaint. Upon information and belief, Defendant Yakim owns, operates or manages several purported, unverifiable, unregistered entities. Among other responsibilities and tasks, Defendant Yakim creates and/or approves the plans and marketing materials used by the purported, unverifiable, unregistered entities, including the prerecorded messages and use of an automated dialing system. In connection with the matters alleged herein, Defendant Yakim transacts or has transacted business in this district and throughout the United States. Defendant Yakim is a "person" as defined by 47 U.S.C § 153 (10).

10. Defendant Manasseh Jordan Ministries is a purported, unverifiable, unregistered entity controlled and operated by Defendant Yakim. At all times material to this complaint, Defendant Yakim has portrayed the existence of Manasseh Jordan Ministries as an existing entity by using the name Manasseh Jordan Ministries to: reserve rights on his website—http://www.prophetmanasseh.com, market and advertise, and to sell products on the aforementioned website. Defendant Manasseh Jordan Ministries is a "person" as defined by 47 U.S.C. § 153 (10). According to *prophetmanasseh.com* the address for Manasseh Jordan Ministries is PO Box 3320, New York, New York 10163. Upon information and belief, Defendant Manasseh

Jordan Ministries actual place of business is 708 3rd Avenue, Sixth Floor, New York, New York 10163.

11. Any reference hereinafter to "Defendant" without further qualification is meant to refer to each and all Defendants herein jointly and severally.

## FACTUAL ALLEGATIONS

12. On or about April 19, 2014, Defendant began calling Plaintiff's cellular telephone, using an "artificial or pre-recorded voice."

13. Defendant's phone calls were made using an "automatic telephone dialing system," as defined by 47 U.S.C. § 227(a)(1). The automatic telephone dialing system has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator.

14. The prerecorded messages are for marketing and soliciting purposes only. Specifically, they are an attempt to solicit Plaintiff into Defendant's prophetic ministry.

15. Some of the pre-recorded messages include the statement: "To be removed from this call list please dial 1-800-481-1004. That number again is 1-800-481-1004."

16. Plaintiff has repeatedly called telephone number 1-800-481-1004 and requested to be removed from Defendant's calling list.

17. Some of the pre-recorded messages ask the called party to press a certain number on their telephone keypad to be removed from Defendant's calling list.

18. Plaintiff has repeatedly pressed the number identified in order to be removed from Defendant's calling list.

19. Defendant ignored Plaintiff's requests and continued calling Plaintiff's cellular telephone, using an "artificial or pre-recorded voice" and /or an automatic telephone dialing system.

20. On or about June 12, 2014, Plaintiff wrote to Defendant requesting that Defendant remove her number from his calling list. A copy of the Letter is attached hereto as Exhibit A.

21. Defendant received the Letter on June 16, 2014. A copy of the Proof of Delivery is attached hereto as Exhibit B.

22. Defendant ignored Plaintiff's request and continued calling Plaintiff's cellular telephone, using an artificial or pre-recorded voice and /or an automatic telephone dialing system.

23. On January 7, 2015 at 6:29 PM, Plaintiff again called telephone number 1-800-481-1004 to remove her number from Defendant's calling list.

24. Defendant ignored Plaintiff's request and continued calling Plaintiff's cellular telephone, using an "artificial or pre-recorded voice" and /or an automatic telephone dialing system.

25. To date, Defendant has placed no less than 246 telephone calls to Plaintiff's cellular telephone, using an artificial or pre-recorded voice and /or an automatic telephone dialing system, 216 of which were placed after Defendant received Plaintiff's written request to be removed from the calling list on June 16, 2014.

26. As of the date of this Complaint, Defendant continues to use an artificial or pre-recorded voice and /or an automatic telephone dialing system to place telephone calls to Plaintiff's cellular telephone.

27. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## AUTOMATED OR PRE-RECORDED CALLS TO PLAINTIFF'S CELLULAR TELEPHONE IN VIOLATION OF THE TCPA, 47 U.S.C. § 227 (b)(1)(A)(iii)

28. Plaintiff incorporates Paragraphs 1 through 27 above as if fully set forth herein.

29. Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C. § 227 (b)(1)(A)(iii).

**WHEREFORE**, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. A declaration that Defendant's debt collection practices violate the TCPA;

c. A permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice of the called party; and engaging in the complained of practices; and

d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

/s/ *James S. Giardina*
[ X ] James S. Giardina – Trial Counsel
Fla. Bar No. 0942421
[ ] Kimberly H. Wochholz
Fla. Bar No. 0092159
The Consumer Rights Law Group, PLLC
3104 W. Waters Avenue, Suite 200
Tampa, Florida 33614-2877
Tel: (813) 435-5055 ext 101
Fax: (866) 535-7199
James@ConsumerRightsLawGroup.com
Kim@ConsumerRightsLawGroup.com
*Counsel for Plaintiff*