```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION

DAISY BUNDRAGE,

          Plaintiff,
v.                                  Case No: 8:15-cv-618-T-33MAP

YAKIM MANASSEH JORDAN, ET AL.,

          Defendants.
_____/
```

## SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, the Court finds it necessary to implement a schedule tailored to meet the particular circumstances of this case. Therefore, consistent with the just, speedy and inexpensive administration of justice (Fed. R. Civ. P. 1), it is

**ORDERED** that the provisions of Rule 26 (a)(1) and Local Rule 3.05 (c)(2)(B) and (d) concerning the initial disclosures and filing of a Case Management Report are hereby waived in this case. Instead, the parties shall comply with the following schedule:

1. No later than **July 27, 2015**, the parties shall serve upon each other (but not file) copies of the following:

**Plaintiff**[1]     All documents in Plaintiff's possession,

---

[1] If there is more than one plaintiff or defendant, the singular reference to plaintiff or defendant shall include the plural.

custody, or control that relate to the telephone calls in question. This includes, but is not limited to:

 A. Telephone records, call logs, voice recordings, and account notations pertaining to the telephone calls Plaintiff contends were made by Defendant;

 B. Documents and/or other relevant evidence demonstrating that Plaintiff was in possession of the operative telephone at the time of the telephone calls in question;

 C. Documents and/or other relevant evidence providing that (1) Plaintiff did not provide Defendant with consent to make the telephone calls in question and/or (2) documentation that Plaintiff revoked consent prior to Defendant making the telephone calls; and

 D. Any and all documents and/or other relevant evidence pertaining to Plaintiff's prior complaints to Defendant regarding Defendant making the unwanted telephone calls in question.

**Defendant** All documents in Defendant's possession, custody, or control that relate to the

2

telephone calls in question. This includes, but is not limited to:

   A. Telephone records, call logs, and voice recordings pertaining to the telephone calls Plaintiff contends were made by Defendant, which includes any and all notations made by Defendant's representative or employee during the telephone call;

   B. Documentation that Plaintiff consented to Defendant making the telephone calls in question; and

   C. Any and all documents and/or other relevant evidence pertaining to Plaintiff's prior complaints to Defendant regarding Defendant making the unwanted telephone calls in question.

2. Until further order of this Court, all discovery in this case is **STAYED**, except as necessary to obtain and provide the information set forth in paragraph 1.

3. The Court expects strict compliance with these deadlines. Exceptions will be granted only for compelling reasons. Failure to comply may result in the imposition of sanctions, including but not limited to the dismissal of the

case and the striking of pleadings. However, either party, for good cause shown, may move to alter this schedule should circumstances warrant.

4. Should the parties settle this dispute, they shall immediately advise the Court as required by Local Rule 3.08(a).

5. **The Court will refer this case to mediation by separate Order**.

6. The parties may consent to the jurisdiction of the United States Magistrate Judge assigned to this case (consent form attached).

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 26th day of May, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record

Attachments:
Magistrate Judge Consent Form

4

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff* | ) ) ) ) ) | Civil Action No. |
| v. |  |  |
| *Defendant* |  |  |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

*District Judge's signature*

*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.