UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAISY BUNDRAGE,

       Plaintiff,                                  CASE NO.: 8:15-CV-618T33MAP

vs.

YAKIM MANASSEH JORDAN
a/k/a PROPHET MANASSEH
JORDAN and MANASSEH
JORDAN MINISTRIES

       Defendants.
_____/

**DEFENDANT MANASSEH JORDAN MINISTRIES, INC.'S**
**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Defendant, MANASSEH JORDAN MINISTRIES, INC. ("MJM"), pursuant to Federal Rule of Civil Procedure 7.1, for its Disclosure Statement states as follows:

1. MJM has no parent corporation and no publicly held corporation owns 10% or more of an ownership interest in MJM.

DATED: May 29, 2015

                                                                Respectfully submitted,

                                                                GREENSPOON MARDER, P.A.

                                                                JEFFREY A. BACKMAN, ESQ.
                                                                Fla. Bar No. 662501
                                                                jeffrey.backman@gmlaw.com
                                                              200 East Broward Blvd., Suite 1800
                                                              Fort Lauderdale, FL 33301
                                                              Telephone: (954) 491-1120
                                                              Facsimile: (954) 213-0140

                                                              */s/ Brian R. Cummings*
                                                              BRIAN R. CUMMINGS, ESQ.
                                                              Fla. Bar No. 25854
                                                              brian.cummings@gmlaw.com

22687090v1

                Greenspoon Marder, P.A.
                401 E. Jackson Street, Suite 1825
                Tampa, FL 33602
                Telephone: (813) 769-7020
                Facsimile: (813) 426-8582

*COUNSEL FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 29th day of May, 2015.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing electronically.

                */s/ Brian R. Cummings*
                BRIAN R. CUMMINGS, ESQ.

**SERVICE LIST**

JAMES S. GIARDINA, ESQ.
James@ConsumerRightsLawGroup.com
KIMBERLY H. WOCHHOLZ, ESQ.
Kim@ConsumerRightsLawGroup.com
The Consumer Rights Law Group, PLLC
3104 W. Waters Avenue, Suite 200
Tampa, FL 33614-2877

*COUNSEL FOR PLAINTIFF*

22687090v1