**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DAISY BUNDRAGE,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　**Case No.: 8:15-cv-00618-VMC-JSS**

**YAKIM M. JORDAN,**
**et al.,**

    **Defendants.**
_____/

**MEDIATION REPORT**

In accordance with the Court's mediation order, a mediation conference was held on September 25, 2015.  Plaintiff with her trial counsel, and Defendant Mr. Jordan for himself and as Manasseh Jordan Ministries, Inc.'s corporate representative with trial counsel attended and participated.

<u>The case has been completely settled.</u>

Done September 28, 2015 in Tampa, Florida.

                                    Respectfully submitted,

                                    <u>/s/ Peter J. Grilli</u>
                                    Peter J. Grilli, Esq.
                                    Florida Bar No. 237851
                                    Mediator
                                    3001 West Azeele Street
                                    Tampa, Florida 33609
                                    813.874.1002    Fax: 813.874.1131
                                    email: meditr@aol.com

I HEREBY CERTIFY that September 28, 2015  I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                    <u>/s/ Peter J. Grilli</u>
                                    Peter J. Grilli, Esq.